IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEROY A. FARRIS**                                                                                    **PLAINTIFF**

V.                                    No. 2:22-CV-00118-JM-PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                       **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED and REMANDED for further review. Judgment will be entered in favor of the Plaintiff.

DATED this 17th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE