IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEROY A. FARRIS**                                                                                          **PLAINTIFF**

V.                                      No. 2:22-CV-00118-JM-PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED and REMANDED. Judgment is entered in favor of the Plaintiff. This is a sentence four remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 17th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE