IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEROY A. FARRIS**                                                                                          **PLAINTIFF**

V.                                              2:22CV00118 JM

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                                      **DEFENDANT**

## ORDER

Plaintiff has filed a motion for attorney's fees, docket # 17 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner has no objection to an award of fees and costs but argues that the total time expended on the case is excessive.  Pursuant to 28 U.S.C. § 2412, the Court finds that the Plaintiff is entitled to attorney's fees, costs and expenses in the amount of $6,509.50.  The Court finds that one hour of time for preparation of the fee petition and 18 hours to review the record are reasonable.  The fees, costs and expenses in the amount of $6,509.50 should be payable directly to Plaintiff and mailed to her attorney.  Plaintiff's motion is GRANTED IN PART AND DENIED IN PART.

IT IS SO ORDERED this 19th day of September, 2023.

_____
James M. Moody Jr.
United States District Judge